■ DAVID PAUL, Appellant, v STATE OF NEW YORK, Respondent. (Claim No. 90957.) [649 NYS2d 891] —Order unanimously affirmed without costs for reasons stated in decision at Court of Claims, Bell, J. (Appeal from Order of Court of Claims, Bell, J—Dismiss Claim.) Present—Pine, J. P., Lawton, Callahan, Doerr and Boehm, JJ.

■ BUFFALO AIRPORT CENTER ASSOCIATES, Respondent, v NIAGARA FRONTIER TRANSPORTATION AUTHORITY, Appellant. [649 NYS2d 858] —Order unanimously affirmed with costs for reasons stated in decision at Supreme Court, Doyle, J. (Appeal from Order of Supreme Court, Erie County, Doyle, J.—Summary Judgment.) Present—Pine, J. P., Lawton, Doerr and Boehm, JJ.